# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2023-0921**
Aiden Thompson v. State of Alabama (Appeal from Baldwin Circuit Court: CC-22-900061)

# NOTICE

You are hereby notified that on July 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk